AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

UNITED STATES OF AMERICA
V.
ROBERT P. PEEBLES

**COMMITMENT TO ANOTHER DISTRICT**
(DEFENDANT OUT OF CUSTODY)

| | DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. Dist of CA | District of CT | 3-08-70558 JCS | 3:08-CR-0179 AVC |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
X Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of    26 & 18    U.S.C. §  7212(a); 1341 and 2; 1001(a)

**DISTRICT OF OFFENSE**
District of CT

**DESCRIPTION OF CHARGES:**

Corruptly Obstructing & Impeding Due Administration of IRS Laws; Mail Fraud; False Statements

**CURRENT BOND STATUS:**

X Bail fixed at    $100,000.00    and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Dft waived his right to an ID & Removal Hrg. Dft to appear on 9/4/8 @ 10 AM in Dist of CT
Bond, if any, shall be transferred to the District of Offense

**Representation:**   X Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

August 26, 2008
Date

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |